# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DERRICK GREEN,**

    Petitioner,

    V.        CASE NUMBER: **05-C-13**

**JUDY P. SMITH**,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Derrick Green's petition pursuant to Title 28, United States Code, Section 2254, is DENIED for failure to exhaust his State court remedies. This action is hereby DISMISSED.**

| | |
|---|---|
| **April 30, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |